## GORHAM *against* LANSING AND DOE.

If a party wants time to plead, he must apply to a judge for that purpose. In an application to set aside a default for not pleading, bail are not entitled to any peculiar indulgence.

FOOT moved to set aside the default entered in this cause, upon an affidavit of merits, and that the omission to plead was occasioned by urgent business. He stated that it was a case of bail, and was therefore to be considered as one which was entitled to the grace of the court.

*Lush*, contra, read counter-affidavits, as to the merits.

*Per Curiam.* If a party wants more time to [*108] plead, he must apply to a judge, at his chambers, to enlarge the rule. This, is stated to be an application in favor of bail, but it should be remembered, that the cases of bail to which the court are particularly indulgent, are where bail wants time to surrender the principal, but here he comes to defend the suit, and therefore stands in the same situation with any other defendant.

Motion denied.